UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 09-0138

JONATHAN BOLAR                               SECTION F (3)

ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 [Doc. #166] is DENIED with respect to the remaining ineffective-assistance-of-counsel claims.

New Orleans, Louisiana, this  4th   day June, 2015.

_____
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**